# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOOB OLUOMI,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　　Respondent. | NO. SACV 09-00799 ODW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 10, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE